No. 345. NORTH SHORE CORP. *v.* BARNETT ET AL.; and

No. 346. NORTH SHORE CORP. *v.* SCOTT ET AL.

December 11, 1944. *Per Curiam:* The judgments of the Circuit Court of Appeals are vacated, the judgments of the District Court are modified in accordance with the stipulations signed by counsel for the parties and the cases are remanded to the District Court for the Southern District of Florida with directions to enter judgments as modified. *Mr. W. Gregory Smith* for petitioner. *Mr. Lucien H. Boggs* for respondents in No. 345.

No. —. EX PARTE JOHN RUSSELL MILLER;

No. —. SAXE *v.* HEINZE ET AL.;

No. —. VERNON *v.* WYOMING ET AL.;

No. —. HENDRIN *v.* LAINSON, WARDEN; and

No. —. UNITED STATES EX REL. RUSSELL *v.* RAGEN, WARDEN, ET AL. December 11, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.